UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| **Flavia Everman et al,**<br><br>                              **Plaintiff(s),**<br>vs.<br><br>**Board of Trustees of the Town of Adair et al,**<br><br>                              **Defendant(s).** | **Case No.: 22-cv-00179-CVE-CDL** |

## ORDER RESCHEDULING SETTLEMENT CONFERENCE

Before the Court is the Joint Motion to Strike and Reset Settlement Conference (Doc. 20) in which the Parties seek a continuance of the Settlement Conference presently set on August 19, 2022, before Adjunct Settlement Judge Courtney Bru. The Court has also reviewed the Defendants' Joint Response to said motion (Doc. 22). For good cause shown, the Court finds that the Motion should be and is hereby **GRANTED.**

**IT IS THEREFORE ORDERED AS FOLLOWS:**

Plaintiff's Settlement Conference Statement due by October 5, 2022;

Defendant's Settlement Conference Statement due by October 12, 2022;

Settlement Conference Rescheduled for **October 19, 2022 at 9:30 a.m.**

**IT IS FURTHER ORDERED THAT** all mandatory guidelines set forth in the Court's original Settlement Conference Order (Doc. 19) shall remain in effect.

**ORDERED** this 22nd day of August, 2022.

*Christine D. Little*
Christine D. Little
United States Magistrate Judge