# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF OKLAHOMA

| | | |
|---|---|---|
| (1) FLAVIA EVERMAN, individually; and | ) | |
| (2) ROBERT EVERMAN, individually, | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| v. | ) | Case No. 22-CV-00179-CVE-CDL |
| | ) | |
| (1) BOARD OF TRUSTEES OF THE TOWN OF ADAIR commonly known as the Town of Adair; | ) ) ) | |
| (2) ADULFO CARLOS, individually; | ) | |
| (3) NATHAN GODARD, individually; | ) | |
| | ) | |
| **Defendants.** | ) | |

## BOARD OF TRUSTEES OF THE TOWN OF ADAIR'S
## NOTICE OF WITHDRAWAL OF ITS MOTION TO COMPEL

COMES NOW Defendant, Board of Trustees of the Town of Adair, by and through its attorneys of record, and hereby withdraws its Motion to Compel filed on September 9, 2022. *See* Doc. # 24.

    Respectfully submitted,

    **BEST & SHARP**

    s/Jordan L. Berkhouse
    Thomas A. LeBlanc, OBA #14768
    tleblanc@bestsharp.com
    Jordan L. Berkhouse, OBA #33835
    jberkhouse@bestsharp.com
    Williams Center Tower 1
    One West Third Street, Suite 900
    Tulsa, OK 74103
    Telephone: (918) 582-1234
    Facsimile: (918) 585-9447
    *Attorney for Defendant,*
    *Board of Trustees of the Town of Adair*

{00666447}

# CERTIFICATE OF SERVICE

       I hereby certify that on the 5th day of December, 2022, I electronically transmitted the foregoing document to the Clerk of Court using the ECF System for filing and transmittal of a Notice of Electronic Filing to the following ECF registrants (names only are sufficient):

Brendan M. McHugh, OBA #18422
bmcq1990@gmail.com
P. O. Box 1392
Claremore, OK 74018
*Attorney for Plaintiff*

Daniel E. Smolen, OBA #19943
danielsmolen@ssrok.com
Robert M. Blakemore, OBA #18656
bobblakemore@ssrok.com
Smolen & Roytman
701 S. Cincinnati Avenue
Tulsa, OK 74119
*Attorneys for Plaintiff*

Eric D. Janzen, OBA #13826
edj@steidley-neal.com
Steidley & Neal, PLLC
CityPlex Towers, 53rd Floor
2448 East 81st Street
Tulsa, OK 74137
*Attorneys for Defendants,*
*Adulfo Carlos and Nathan Godard*

                                                    s/Jordan L. Berkhouse