# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| Flavia Everman et al., <br> Plaintiff(s), <br><br> vs. <br><br> Board of Trustees of the Town of Adair et al., <br> Defendant(s). | Case No.:4:22-cv-179-CVE-CDL <br><br><br><br> **SETTLEMENT CONFERENCE REPORT** |

On January 24, 2023, a Settlement Conference was held in the captioned matter.

☐   The litigation was settled; within ____ days of the date hereof, the Plaintiff and Defendant shall file:

   --   a Stipulation of Dismissal
          OR
   --   Agreed Judgment and
         Motion to Enter Agreed Judgment

☑   The litigation was not settled.

☐   Settlement negotiations are pending. The parties are to phone the undersigned by        on            .

DATED: 1/24/2023

_____
Courtney Bru, Adjunct Judge