### UNITED STATES DISTRICT COURT
### FOR THE NORTHERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| Flavia Everman and Robert Everman, | ) |
| Plaintiffs, | ) ) ) |
| v. | ) Case No. 22-cv-179-CVE-CDL |
| Board of Trustees of the Town of Adair, Commonly known as the Town of Adair, *et al.*, | ) ) ) ) |
| Defendants. | ) ) |

### STIPULATION OF DISMISSAL OF PLAINTIFFS' CLAIMS AGAINST DEFENDANTS

Pursuant to Fed. R. Civ. P. Rule 41(a)(1)(A)(ii), **IT IS HEREBY STIPULATED BY AND BETWEEN** the Plaintiffs, Flavia Everman and Robert Everman, and Defendants Board of Trustees of the Town of Adair, Commonly known as the Town of Adair, Adulfo Carlos, and Nathan Godard (collectively, "Defendants"), as follows:

Plaintiffs' claims against Defendants are dismissed with prejudice.

Plaintiffs and Defendants shall bear their own fees and costs. This dismissal disposes of all claims brought by Plaintiffs against Defendants.

Respectfully submitted,

**SMOLEN & ROYTMAN**

/s/Robert M. Blakemore
Daniel E. Smolen, OBA #19943
Robert M. Blakemore, OBA #18656
701 S. Cincinnati Avenue
Tulsa, Oklahoma 74119
danielsmolen@ssrok.com
bobblakemore@ssrok.com
(918) 585-2667 P
(918) 585-2669 F

/s/Brendan M. McHugh
Brendan M. McHugh, OBA #18422

Bmcq1990@gmail.com
P.O. Box 1392
Claremore, OK 74018

***Attorneys for Plaintiffs***

/s/Thomas A. LeBlanc
Thomas A. LeBlanc, OBA #14768
Jordan L. Berkhouse, OBA #33835
Williams Center Tower 1
One West Third Street, Suite 900
Tulsa, OK 74103
Telephone: (918) 582-1234
Facsimile (918) 585-9447
tleblanc@bestsharp.com
jberkhouse@bestsharp.com

***Attorneys for Defendant Board
Of Trustees of the Town of Adair***

/s/Eric D. Janzen
Eric D. Janzen, OBA #13826
edj@steidley-neal.com
Steidley & Neal, PLLC
CityPlex Towers, 53rd Floor
2448 E. 81st Street
Tulsa, OK 74138

***Attorneys for Defendants
Adulfo Carlos and Nathan Godard***

2